# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,             Criminal No. 13-145 ADM/AJB

        Plaintiff,

v.                                                                                        **ORDER**

Leopoldo Rivera-Leal,

        Defendant.

        Andrew S. Dunne, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

        Shannon R. Elkins, Esq., Assistant Federal Defender, for defendant Leopoldo Rivera-Leal.

        Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated August 28, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Leopoldo Rivera-Leal's Motion to Suppress Statements and Evidence Obtained as a Result of Seizure is **denied** [Docket No. 25].

Dated: September 17, 2013

                                                         s/Ann D. Montgomery

                                                         Ann D. Montgomery
                                                         United States District Court Judge